**Genevieve URQUHART, Respondent,**

**v.**

**Jacquelyn SYLVESTER, Appellant.**

**No. WD 45769.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 10, 1992.

Decided Dec. 8, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

John C. Milholland, Anderson & Milholland, Harrisonville, for appellant.

Elvin S. Douglas, Jr. and Christopher J. Molzen, Crouch, Spangler & Douglas, Harrisonville, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Appeal from the trial court's dismissal of a motion to vacate a judgment on grounds

of fraud. Judgment is affirmed. Rule 84.-16(b).